# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE
1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

[RECEIVED stamp: AUG 16 2011 U.S. BANKRUPTCY COURT ST. PAUL, MN]

August 15, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:   Brenda J. Williams
      Bankruptcy Case No.: 08-34796
      Date of Filing: 09/18/08

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 135 in the amount of $5.89 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosures

MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):    BRENDA J. WILLIAMS

CASE NUMBER:    08-34796:

PLEASE CHECK ONE:

☒ UNCLAIMED DIVIDENS

☐    DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Stillwater Medical Center<br>1500 Curve Crest Boulevard<br>Stillwater, MN  55082-6699 | 10 | $349.55 | $4.60 |
| U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH  45201 | 13 | $46.51 | $1.29 |

DATE  8/15/11

TRUSTEE

DISTRIBUTION:
    Original to Clerk of Court

NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS